IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LANDIS+GYR INC., a Delaware Corporation, f/k/a LANDIS & GYR METERING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation, f/k/a ZURICH INSURANCE COMPANY, <br><br> Defendant. | Case No. 4:16-CV-00082-JTM-APR |

### LANDIS+GYR'S MOTION TO STRIKE CERTAIN INADMISSIBLE TESTIMONY CITED BY ZURICH

Pursuant to Local Rules 7-1(a) and 56(e), Plaintiff Landis+Gyr Inc. ("Landis") files this objection and motion to strike certain inadmissible testimony cited by Zurich American Insurance Company ("Zurich") in opposition to Landis' pending Rule 56 motion. Landis states as follows:

1. Landis objects to and respectfully moves to strike paragraphs 5, 7, 8, 10, 11 and 13 of the affidavit of Cherish Hairrell and paragraphs 13, 14, and 15 of the affidavit of Peter Alvey.

2. Zurich cited these paragraphs in opposition to Landis' pending motion for summary judgment on coverage issues [Dkt. 71]; however, these paragraphs are not based on personal knowledge, consist of nothing more than unsubstantiated speculation and multiple levels of hearsay and, in the case of Mr. Alvey, do not purport to be the product of proper expert

opinion.. Therefore, these paragraphs are inadmissible and cannot create a genuine issue of material fact for purposes of Rule 56.

3. Landis' supporting brief and evidentiary materials, which are incorporated by reference, further outline why Landis is entitled to this relief.

WHEREFORE, Plaintiff Landis+Gyr Inc. respectfully requests that the Court strike and disregard ¶¶ 5, 7, 8, 10, 11 and 13 of Ms. Hairrell's affidavit paragraphs 13, 14, and 15 of the affidavit of Mr. Alvey, and find that these paragraphs cannot create a genuine issue of material fact for purposes of Rule 56 of the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/Brent W. Huber*
Brent W. Huber (#16077-53)
Amy S. Berg (#32513-32)
*Attorneys for Plaintiff, Landis+Gyr Inc.*

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of March, 2018, a copy of the foregoing was filed electronically. Service of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

Kyle A. Lansberry
Michael R. Giordano
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
klansberry@lewiswagner.com
mgiordano@lewiswagner.com

Renee J. Mortimer
HINSHAW & CULBERTSON LLP
322 Indianapolis Boulevard, Suite 201
Schererville, IN 46375
rmortimer@hinshawlaw.com

Michael M. Marick
James H. Kallianis
Timothy H. Wright
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, #300
Chicago, IL 60601
mmarick@hinshawlaw.com
jkallianis@hinshawlaw.com
twright@hinshawlaw.com

                                                    */s/ Brent W. Huber*
                                                    Brent W. Huber

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100