IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LANDIS+GYR INC., a Delaware Corporation, f/k/a LANDIS & GYR METERING, INC.,<br><br>      Plaintiff,<br><br>  v.<br><br>ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation, f/k/a ZURICH INSURANCE COMPANY,<br><br>      Defendant. | Case No. 4:16-CV-00082-JTM-APR |

**SUPPLEMENT TO LANDIS+GYR'S MOTION FOR LEAVE TO FILE OVERSIZED REPLY BRIEF**

Plaintiff Landis+Gyr Inc. ("Landis"), by counsel, has moved for leave to file an oversized reply brief in further support of Landis' pending motion for summary judgment. [Dkt. No. 83]. Landis supplements this motion as follows:

1. The reply brief in question contains information and materials that are relevant to the matters that will be discussed at the status conference with the Court, set for tomorrow, March 23, 2018.

2. The reply brief also relates to Landis' pending summary judgment motion, which was filed on December 1, 2017. The Defendant ("Zurich") filed its response to this motion on February 2, 2018.

3. Unfortunately, in Zurich's response brief, Zurich raised two issues that by Local Rule should have been addressed in separate motions, a Rule 56(d) motion, and disputes about admissibility of evidence.  *See* L.R. 56-1(e) & 7.1(a).

4. As a result, Landis was required to expend a number of pages in its reply brief to address the questions Zurich raised about Rule 56(d) and the admissibility of evidence, reducing the number of pages remaining in the reply that were available per the page limit for reply briefs that have been established by this Court.

5. Under N.D. Ind. L.R. 7.1(e), reply briefs are not to exceed 15 pages.  However, the court may allow a party to file a brief exceeding these page limits for extraordinary and compelling reasons. *Id*.

6. Zurich also asserted in its response several new arguments, including the choice of law and statute of limitations.  Zurich also supported its argument with a 25 page brief, four affidavits, and well over 500 pages of attachments.

7. Landis has shortened its reply as much as possible, but cannot reasonably address each of Zurich's arguments, explain why there is no conflict of law under the law of Indiana and New York, and respond to the lengthy attachments in only 15 pages. In view of Zurich's failure to comply with the Local Rules in its response, and the length and volume of Zurich's response, Landis requires an additional 10 pages over the 15 pages permitted under the Local Rule to fully and completely respond to Zurich's arguments.

WHEREFORE, Landis respectfully requests that the Court grant it leave to file a 25-page reply brief in support of its Rule 56 motion.  A proposed order has already been submitted.

Respectfully submitted,

*/s/ Brent W. Huber*
Brent W. Huber (#16077-53)
Amy S. Berg (#32513-32)
*Attorneys for Plaintiff, Landis+Gyr Inc.*

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100

## CERTIFICATE OF SERVICE

I hereby certify that on this 22st day of March, 2018, a copy of the foregoing was filed electronically.  Service of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing though the Court's system.

Kyle A. Lansberry
Michael R. Giordano
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-6150
klansberry@lewiswagner.com
mgiordano@lewiswagner.com

Renee J. Mortimer
HINSHAW & CULBERTSON LLP
322 Indianapolis Boulevard, Suite 201
Schererville, IN  46375
rmortimer@hinshawlaw.com

Michael M. Marick
James H. Kallianis
Timothy H. Wright
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, #300
Chicago, IL  60601
mmarick@hinshawlaw.com
jkallianis@hinshawlaw.com
twright@hinshawlaw.com

        */s/ Brent W. Huber*
        Brent W. Huber

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100

I\12886211.1