# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| LANDIS+GYR INC., a Delaware Corporation, f/k/a LANDIS & GYR METERING, INC., </br></br>Plaintiff, </br></br>v. </br></br>ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation, f/k/a ZURICH INSURANCE COMPANY, </br></br>Defendant. | Case No. 4:16-CV-00082-JTM-APR |

**SUPPLEMENT TO LANDIS+GYR'S RULE 56(d) MOTION FOR ADDITIONAL TIME TO RESPOND TO ZURICH'S SUMMARY JUDGMENT MOTION ON CHOICE OF LAW**

Plaintiff Landis+Gyr Inc. ("Landis"), by counsel, respectfully submits this supplement to its motion for time to conduct additional discovery under Rule 56(d) of the Federal Rules of Civil Procedure before responding to Zurich American Insurance Company's ("Zurich") motion for summary judgment on choice of law issues, and states as follows:

1. Zurich filed a motion for summary judgment concerning choice of law on February 2, 2018. (Dkt. 73). By extension, Landis's response to this motion was due March 9, 2018. After considering Zurich's motion and completing the first day of a Rule 30(b)(6) deposition of Zurich's corporate designee, Landis determined that it could not respond to Zurich's motion without additional discovery concerning material facts relevant to a choice of law analysis.

2.     On March 8, 2018, Landis filed its Rule 56(d) Motion for Additional Time to Respond to Zurich's Choice of Law Summary Judgment Motion and its memorandum in support of this motion. (Dkt. 79, 80). This Motion remains pending.

3.     On April 13, 2018, Landis filed its reply in support of its Rule 56(d) motion, asking this Court to grant Landis an additional 45 days following the 30(b)(6) deposition of Zurich's corporate designee on April 26, 2018, to file its response in opposition to Zurich's summary judgment motion on choice of law. (Dkt. 93).

4.     Since the filing of Landis's reply, Zurich has requested, and Landis has agreed, to reschedule one of the 30(b)(6) depositions of Landis from April 19, 2018 to May 31, 2018. This May 31, 2018, deposition will cover a number of topics, including choice of law issues.

5.     Considering the new date for the 30(b)(6) deposition of Landis and its relevance to a choice of law analysis, Landis asks for permission to file its response in opposition to Zurich's motion for summary judgment on choice of law 45 days following the deposition that is now set for May 31, 2018. This will enable Landis to obtain a transcript of this deposition and incorporate the testimony and evidence in Landis's response brief on choice of law issues.

WHEREFORE, Landis respectfully requests that the Court grant its 56(d) Motion and permit Landis an additional 45 days after the May 31, 2018, deposition to respond to Zurich's motion for summary judgment on choice of law.

Respectfully submitted,

*/s/Amy S. Berg*
Brent W. Huber (#16077-53)
Amy S. Berg (#32513-32)
*Attorneys for Plaintiff, Landis+Gyr Inc.*

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of April, 2018, a copy of the foregoing was filed electronically. Service of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

Kyle A. Lansberry
Michael R. Giordano
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
klansberry@lewiswagner.com
mgiordano@lewiswagner.com

Renee J. Mortimer
HINSHAW & CULBERTSON LLP
322 Indianapolis Boulevard, Suite 201
Schererville, IN 46375
rmortimer@hinshawlaw.com

Michael M. Marick
James H. Kallianis
Timothy H. Wright
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, #300
Chicago, IL 60601
mmarick@hinshawlaw.com
jkallianis@hinshawlaw.com
twright@hinshawlaw.com

/s/Amy S. Berg
Amy S. Berg

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100

I\13036248.3