UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LANDIS + GYR INC., a Delaware Corporation, f/k/a LANDIS & GYR METERING, INC., </br></br>             Plaintiff, </br></br> v. </br></br> ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation, f/k/a ZURICH INSURANCE COMPANY, </br></br>             Defendant. | Case No. 4:16-cv-00082 |

### DEFENDANT ZURICH AMERICAN INSURANCE COMPANY'S RESPONSE TO SUPPLEMENT TO LANDIS+GYR'S 56(D) MOTION FOR ADDITIONAL TIME TO RESPOND TO ZURICH'S SUMMARY JUDGMENT MOTION ON CHOICE OF LAW

Defendant, Zurich American Insurance Company, f/k/a Zurich Insurance Company ("Zurich"), by its counsel, responds as follows in response to the Supplement to Landis+Gyr Inc.'s Motion for Additional Time to Respond to Zurich's Summary Judgment Motion on Choice of Law ("Landis's Supplemental 56(d) Motion"):

1.  Zurich opposed Landis's original 56(d) motion for additional time to respond to Zurich's motion for summary judgment on choice of law, on the basis that: (1) Landis failed to adequately explain why it had not sought specific discovery on this issue at any point in time after Zurich reserved its right to contest choice of law more than sixteen months ago; (2) Landis failed to identify the specific additional discovery that it expected to obtain that has not already been produced by Zurich or that was not already within Landis's control or possession; and (3) Landis failed to explain how the additional discovery that it expected to obtain is likely to create a genuine issue of material fact that could defeat Zurich's motion for partial summary judgment. (Dkt. 89.)

2.      Landis's reply in support of its original 56(d) motion requested an additional 45 days following the 30(b)(6) deposition of Zurich's corporate designee on April 26, 2018, to file its response in opposition to Zurich's summary judgment motion on choice of law.  (Dkt. 93.)

3.      Landis's Supplemental 56(d) Motion now seeks an additional 45 days to file its response to Zurich's motion for summary judgment, following the May 31, 2018 deposition of ***Landis's own corporate designee***.  (Dkt. 95 at 2.)  Landis's Supplemental 56(d) Motion fails to explain why Landis needs Zurich to complete the deposition of Landis's own corporate designee to respond to Zurich's motion for summary judgment.  Plainly, all of the facts known to Landis's corporate designee are currently within Landis's possession and control and can be incorporated into its response to Zurich's motion for summary judgment before Zurich takes the designee's deposition.  As such, Landis's Supplemental 56(d) Motion provides no basis for any additional extension.

WHEREFORE, for all of the reasons set forth in Zurich's opposition to Landis's original Rule 56(d) Motion, in addition to the reasons set forth above, Zurich respectfully requests that this Court deny Landis's multiple requests for extensions under Rule 56(d) and require it to respond to Zurich's Motion for Partial Summary Judgment on Choice of Law without any further delays.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

By:  /s/ Timothy H. Wright
     One of the Attorneys for Defendant
     ZURICH AMERICAN INSURANCE
     COMPANY, a New York Corporation,
     f/k/a ZURICH INSURANCE COMPANY

Kyle A. Lansberry (#20977-49)
Michael R. Giordano (#31317-53)
Lewis Wagner, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-6150
317-237-0500 (Phone)
317-630-2790 (Fax)
klansberry@lewiswagner.com
mgiordano@lewiswagner.com

Michael M. Marick (#6183285)
James H. Kallianis, Jr. (#6207178)
Timothy H. Wright (#6298003)
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL  60606
mmarick@hinshawlaw.com
jkallianis@hinshawlaw.com
twright@hinshawlaw.com

301851313v1 1004168

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was filed electronically on May 9, 2018. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Timothy H. Wright
Timothy H. Wright

301851313v1 1004168