# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| LANDIS+GYR INC., a Delaware Corporation, f/k/a LANDIS & GYR METERING, INC., | ) ) ) | **JURY TRIAL DEMANDED** |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:16-CV-00082-JTM-APR |
| ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation, f/k/a ZURICH INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendant. | ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please take notice that Jodi Spencer Johnson is no longer with the firm of Ice Miller and is hereby withdrawing from counsel of record in this case. Plaintiff Landis+Gyr Inc. will continue to be represented by Brent W. Huber and Amy S. Berg of Ice Miller.

Respectfully submitted,

/s/ Jodi D. Spencer-Johnson
Jodi D. Spencer-Johnson PHV
Brent W. Huber, Attorney No. 16077-53
Amy S. Berg, Attorney No. 32513-32
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100
brent.huber@icemiller.com
amy.berg@icemiller.com

*Attorneys for Plaintiff, Landis+Gyr Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of May, 2018, a copy of the foregoing was served on the following via electronic mail and U.S. First Class mail:

Kyle A. Lansberry
Michael R. Giordano
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN  46202-6150
klansberry@lewiswagner.com
mgiordano@lewiswagner.com

Renee J. Mortimer
HINSHAW & CULBERTSON LLP
322 Indianapolis Boulevard, Suite 201
Schererville, IN  46375
rmortimer@hinshawlaw.com

Michael M. Marick
James H. Kallianis
Timothy H. Wright
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, #300
Chicago, IL  60601
mmarick@hinshawlaw.com
jkallianis@hinshawlaw.com
twright@hinshawlaw.com

*/s/Jodi D. Spencer-Johnson*
Jodi D. Spencer-Johnson

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100

CO\5852937.1