IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | |
|---|---|
| LANDIS+GYR INC., a Delaware Corporation, f/k/a LANDIS & GYR METERING, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZURICH AMERICAN INSURANCE COMPANY, a New York Corporation, f/k/a ZURICH INSURANCE COMPANY, <br><br> Defendant. | Case No. 4:16-cv-00082-JTM-APR |

## LANDIS+GYR'S SECOND MOTION TO COMPEL DISCOVERY RESPONSES FROM ZURICH

Plaintiff, Landis+Gyr Inc. f/k/a Landis & Gyr Metering, Inc. ("Landis"), by counsel and pursuant to Indiana Trial Rule 37(a), moves the Court to compel Zurich American Insurance Company ("Zurich") to fully respond to Landis's discovery requests. In support of its Motion, Landis+Gyr states:

1. Landis served its First Set of Interrogatories and Request for Production of Documents (collectively "First Requests") to Defendant Zurich American Insurance Company ("Zurich") on February 10, 2017. (Dkt. 31-1).

2. Zurich's initial responses to these First Requests, including a brief privilege log, were provided to Landis on May 12, 2017. (Dkt. 31-2).

3. Among other supplemental productions, Zurich produced additional documents and a corresponding privilege log on February 2, 2018. A copy of the privilege log is attached as Exhibit A.

4. On September 20, 2017, Landis served its Second Set of Interrogatories ("Second Interrogatories") to Zurich, and Zurich served its Answers to Landis's Second Interrogatories on October 30, 2017.  A copy of Zurich's Answers is attached as <u>Exhibit B</u>.

5. Counsel for Landis wrote to Defendant Zurich American Insurance Company's ("Zurich") counsel on March 5, 2018, outlining Zurich's failure to adequately support certain claims of privilege and seeking supplemental discovery responses to remedy the deficiencies in Zurich's production of documents.  A copy of Landis's letter is attached as <u>Exhibit C</u>.

6. On March 16, 2018, counsel for Zurich responded to Landis's request, withdrawing its work product doctrine objections with respect to two documents, but otherwise maintaining its assertion of work product and attorney-client privileges for the remaining entries in Zurich's privilege logs.  A copy of Zurich's letter is attached as <u>Exhibit D</u>.

WHEREFORE, Landis respectfully requests that the Court order Zurich by a date certain to fully respond and produce unredacted documents for ZUR001505, ZUR001518, ZUR001527, ZUR002496-002498, ZUR002513, ZUR002515, ZUR002522-002525, ZUR002546-002547, ZUR002550-002552, ZUR002554-002556, ZUR002559-002560, ZUR002562-002566, ZUR002568-002572, ZUR002574-002577, ZUR002581-002586, ZUR002588-002590, ZUR002592-002594, and those documents list on Dkt. 31-2, pp. 28-29, or to identify this information unequivocally and substantiate any privileges that allegedly attach on its privilege logs, and for all other just and proper relief.

Respectfully submitted,

ICE MILLER LLP

*s/Amy S. Berg*
Brent W. Huber (#16077-53)
Amy S. Berg (#32513-32)

*Attorneys for Plaintiff, Landis+Gyr Inc.*

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN  46282-0200
(317) 236-2100

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 17th of May 2018, a copy of the foregoing was filed electronically. Service of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

Kyle A. Lansberry
Michael R. Giordano
LEWIS WAGNER, LLP
501 Indiana Avenue, Suite 200
Indianapolis, IN 46202-6150
klansberry@lewiswagner.com
mgiordano@lewiswagner.com

Renee J. Mortimer
HINSHAW & CULBERTSON LLP
322 Indianapolis Boulevard, Suite 201
Schererville, IN 46375
rmortimer@hinshawlaw.com

Michael M. Marick
James H. Kallianis
Timothy H. Wright
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, #300
Chicago, IL 60601
mmarick@hinshawlaw.com
jkallianis@hinshawlaw.com
twright@hinshawlaw.com

　　　　　　　　　　　　　　　　　　*s/Amy S. Berg*

ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
(317) 236-2100